UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASHWIN NANDA,

    Plaintiff,

No. C 13-0390 PJH

    v.

**ORDER SETTING HEARING ON PLAINTIFF'S MOTION TO REMAND**

WESTERN DENTAL SERVICES, et al.,

    Defendants.

_____/

    The court is in receipt of plaintiff's motion to remand, filed on February 28, 2013. Plaintiff did not notice a hearing date for this motion. Thus, the court orders the motion to be heard on May 1, 2013, at 9:00am, in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California.

**IT IS SO ORDERED.**

Dated: April 9, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge